```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

TERRANCE D. WILLIAMS,            :

    Petitioner,              :

v.                               :
                                    CIVIL ACTION 07-0745-CB-M

CHERYL PRICE,                    :

    Respondent.              :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED.

DONE this 30th day of April, 2008.

                                        *s/Charles R. Butler, Jr.*
                                        **Senior United States District Judge**